IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:22-00091

LESLIE RUSSELL BURNEY

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant's counsel, Rachel E. Zimarowski, to be relieved of appointment as counsel. (ECF No. 28). On December 7, 2022, the court held a hearing on Ms. Zimarowski's motion. For reasons placed on the record at the hearing, the court **GRANTED** Ms. Zimarowski's motion to be relieved as counsel. Having previously found the defendant to be indigent and entitled to appointment of counsel under the Criminal Justice Act, the court **APPOINTS** John A. Carr as counsel for the defendant.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to Mr. Carr, to other counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court, to the Office of the Federal Public Defender, and to the CJA Supervising Attorney.

**IT IS SO ORDERED** this 7th day of December, 2022.

ENTER:

David A. Faber
Senior United States District Judge