IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-00091

LESLIE RUSSELL BURNEY

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant for a continuance of the pretrial-dates in this matter. (ECF No. 50.) In support of defendant's motion, counsel for defendant explains that he needs additional time to review discovery and investigate this matter. Counsel also indicates that further review and research is necessary to enable the defendant to make informed decisions concerning possible defenses, mitigation, and the ultimate resolution of the case. The government does not oppose a continuance.

1. The deadline for the filing of pretrial motions is continued to June 14, 2023;

2. The Pretrial Motions Hearing is continued to June 26, 2023, at 11:00 a.m. in Charleston.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 26th day of May, 2023.

                                                ENTER:

                                                David A. Faber
                                                Senior United States District Judge